No. 2613.—El PUEBLO, apldo., *v.* DELGADO, aplte.—C. D. Ponce. Portar armas. Mar. 31, 1926. Apareciendo que la prueba es contradictoria por cuanto si bien los testigos del acusado declararon que el arma prohibida no se halló en la posesión de éste, sin embargo, la del gobierno, a la cual dió crédito la corte, demostró que el acusado la portaba; no habiéndose demostrado prejuicio, ni manifiesto error en la apreciación de la evidencia, *se confirma* la sentencia apelada.